# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2013

## NO. 03-10-00296-CV

**Texas Commission on Environmental Quality, Appellant**

**v.**

**Public Citizen, Inc., Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES ROSE, GOODWIN, AND FIELD
## DISMISSED AS MOOT -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** having this day come on to be considered, and it appearing to the Court that nothing is presented for review and the appeal should therefore be dismissed: **IT IS ACCORDINGLY** considered, adjudged, and ordered that the appeal be dismissed as moot in accordance with the opinion of this Court. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.